389 A.2d 693

Commonwealth v. Nolden, Appellant.

Argued March 15, 1978.   John R. Gailey, Jr., for appellant;   Sheryl Ann Dorney, Assistant District Attorney, and John C. Uhler, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissented.

389 A.2d 693

Commonwealth v. Pratt, Appellant.

Argued March 14, 1978.   Nelson M. Galloway, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.